| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | DARREN J. ROBBINS (168593) |
| | TRICIA L. McCORMICK (199239) |
| 3 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 |
| | 619/231-7423 (fax) |
| 5 | darrenr@rgrdlaw.com |
| | triciam@rgrdlaw.com |

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATTI THOMAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>ENVIVIO, INC., et al.,<br><br>                Defendants. | No. 3:12-cv-06464-~~NC~~ CRB<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER APPOINTING EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>DATE:    March 27, 3013<br>TIME:    1:00 p.m.<br>CTRM:   A, 15th Floor |

Having considered the Employees' Retirement System of the Government of the Virgin Islands' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints the Employees' Retirement System of the Government of the Virgin Islands as Lead Plaintiff; and

3. Lead Plaintiff's choice of counsel is approved. Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the Class.

IT IS SO ORDERED.

DATED: 4/3/2013

~~THE HONORABLE NATHANAEL M. COUSINS~~
~~UNITED STATES MAGISTRATE JUDGE~~
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK

Tricia L. McCormick
TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

[PROPOSED] ORDER APPOINTING EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL - 3:12-cv-06464-NC - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2013.

 s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     triciam@rgrdlaw.com

814910_1

# Mailing Information for a Case 3:12-cv-06464-NC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,meri@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`