ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER P. SEEFER (201197)
DAVID W. HALL (274921)
EKATERINI M. POLYCHRONOPOULOS (284838)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cseefer@rgrdlaw.com
dhall@rgrdlaw.com
katerinap@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATTI THOMAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ENVIVIO, INC., et al.,<br><br>    Defendants. | No. 3:12-cv-06464-CRB<br><br><u>CLASS ACTION</u> |
| GARY SILVERBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ENVIVIO, INC., et al.,<br><br>    Defendants. | No. 4:14-cv-00933-CRB<br><br><u>CLASS ACTION</u> |

NOTICE OF VOLUNTARY DISMISSAL

952057_1

Please take notice that lead plaintiff Employees' Retirement System of the Government of the Virgin Islands ("Retirement System") hereby voluntarily dismisses *Silverberg v. Envivio*, Case No. 4:14-cv-00933-CRB (N.D. Cal.) ("*Silverberg* Action") against all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No compensation in any form has passed directly or indirectly from any of the defendants to lead plaintiff or lead counsel and no promise to give any such compensation has been made.

The Retirement System will continue to litigate a case on behalf of class members in the Superior Court of San Mateo County with other plaintiffs who filed cases against defendants in the Superior Court of San Mateo County on October 5, 2012 (*Wiley v. Envivio, Inc.*, Case No. CIV517185) and October 19, 2012 (*Toth v. Envivio, Inc.*, Case No. CIV517481). Defendants removed those cases to federal court on November 2, 2012; plaintiffs Joe M. Wiley and Michael Toth filed motions to remand the cases to the Superior Court of San Mateo County on November 30, 2012; and the federal court issued an order granting the remand order on October 11, 2013. *See Toth v. Envivio, Inc.*, Case No. 4:12-cv-05636-CW (N.D. Cal.), Dkt. No. 31. The Retirement System then joined the action in the Superior Court of San Mateo County as a named plaintiff.

On November 1, 2013, lead plaintiff voluntarily dismissed *Thomas v. Envivio* and informed the Court that the case would continue to be litigated in the Superior Court of San Mateo County. Dkt. No. 34. The *Silverberg* Action was filed on February 28, 2014. The Retirement System filed a motion to consolidate *Silverberg* with *Thomas* or, in the alternative, to appoint the Retirement System as lead plaintiff. Dkt. No. 43. The Retirement System also informed the Court that it would dismiss the *Silverberg* Action if the Court consolidated *Silverberg* with *Thomas* or appointed the Retirement System as lead plaintiff. *See Silverberg* Action, Dkt. No. 20.

952057_1

1  On June 3, 2014, this Court issued an order consolidating *Silverberg* with *Thomas* and stated
2  that the Retirement System remained as lead plaintiff of the consolidated action.  Dkt. No. 47.

DATED: June 25, 2014                                ROBBINS GELLER RUDMAN
                                                                           & DOWD LLP
                                                                        SHAWN A. WILLIAMS
                                                                        CHRISTOPHER P. SEEFER
                                                                        DAVID W. HALL
                                                                        EKATERINI M. POLYCHRONOPOULOS


                                                                                    s/ Christopher P. Seefer
                                                                        CHRISTOPHER P. SEEFER

                                                                        Post Montgomery Center
                                                                        One Montgomery Street, Suite 1800
                                                                        San Francisco, CA  94104
                                                                        Telephone:  415/288-4545
                                                                        415/288-4534 (fax)

                                                                        Lead Counsel for Plaintiff

952057_1

1                                                 CERTIFICATE OF SERVICE

2       I hereby certify that on June 25, 2014, I authorized the electronic filing of the foregoing with

3 the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4 e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on June 25, 2014.

                                                      s/ Christopher P. Seefer
                                                    CHRISTOPHER P. SEEFER

                                                    ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                   Post Montgomery Center
                                                   One Montgomery Street, Suite 1800
                                                   San Francisco, CA  94104
                                                   Telephone:  415/288-4545
                                                   415/288-4534 (fax)
                                                   E-mail:chriss@rgrdlaw.com

52057_1

# Mailing Information for a Case 3:12-cv-06464-CRB Thomas v. Envivio, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Norman J. Blears**
  nblears@sidley.com,tscuffil@sidley.com,kmay@sidley.com,sfdocket@sidley.com,epickens@sidley.com,rwechkin@sidley.com

- **Hal Davis Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,susan.hersom@pillsburylaw.com,cate@pillsburylaw.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,katerinap@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`